**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOEL SABAN, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| vs. ) | Case No. 2010 CV 2428 |
| ) | |
| CAREMARK Rx, L.L.C., a Delaware Limited ) | Judge Pallmeyer |
| Liability Company, CVS PHARMACY, INC., a ) | |
| Rhode Island Corporation, and CAREMARK, ) | Magistrate Judge Denlow |
| L.L.C., a California Limited Liability Company, ) | |
| ) | |
| Defendants/Counterclaim Plaintiffs. ) | |

**DEFENDANT/COUNTERCLAIM PLAINTIFF
CVS PHARMACY INC.'S LOCAL RULE 3.2 DISCLOSURE**

Defendant/Counterclaim Plaintiff, CVS Pharmacy, Inc., by and through its undersigned attorneys, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

The parent company of CVS Pharmacy, Inc. is CVS Caremark Corporation, a publicly held corporation. CVS Caremark Corporation owns 100% of CVS Pharmacy, Inc.'s stock. CVS Caremark Corporation has no publicly held affiliates.

Dated: May 5, 2010

          CVS PHARMACY, INC.

          By: _/s/_ Peter J. Kocoras_____
          One of Defendant/
          Counterclaim Plaintiff's Attorneys

Howard M. Pearl
Rex L. Sessions
Peter J. Kocoras
Kevin M. Cloutier
hpearl@winston.com
rsessions@winston.com
pkocoras@winston.com
kcloutier@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois
(312) 558-5600 (telephone)
(312) 558-5700 (facsimile)
Firm ID No. 9087

## **CERTIFICATE OF SERVICE**

       The undersigned attorney states that on the 5th day of May, 2010, he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which may be accessed by counsel for Plaintiff/Counterclaim Defendant Joel Saban.

Nicholas Anaclerio
Brian V. Alcala
Kamau A. Coar
Jill C. Taylor
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
Fax: (312) 977-4405


By: \_\_/s/ Peter J. Kocoras_____
One of Defendants/Counterclaim Plaintiffs' Attorneys