**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOEL SABAN, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| vs. ) | Case No. 2010 CV 2428 |
| ) | |
| CAREMARK Rx, L.L.C., a Delaware Limited ) | Judge Pallmeyer |
| Liability Company, CVS PHARMACY, INC., a ) | |
| Rhode Island Corporation, and CAREMARK, ) | Magistrate Judge Denlow |
| L.L.C., a California Limited Liability Company, ) | |
| ) | |
| Defendants/Counterclaim Plaintiffs. ) | |

**DEFENDANT/COUNTERCLAIM PLAINTIFF
CAREMARK L.L.C.'S LOCAL RULE 3.2 DISCLOSURE**

Defendant/Counterclaim Plaintiff, Caremark, L.L.C., by and through its undersigned attorneys, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Caremark Rx, L.L.C. owns 100% of the membership interests of Caremark, L.L.C. CVS Pharmacy, Inc. owns 100% of the membership interests of Caremark Rx, L.L.C. CVS Caremark Corporation, a publicly traded company, owns 100% of the stock of CVS Pharmacy, Inc. CVS Caremark Corporation has no publicly held affiliates.

Dated: May 5, 2010

                                    CAREMARK, L.L.C.

                                    By: _/s/_ Peter J. Kocoras_____
                                    One of Defendant/
                                    Counterclaim Plaintiff's Attorneys

Howard M. Pearl
Rex L. Sessions
Peter J. Kocoras
Kevin M. Cloutier
hpearl@winston.com
rsessions@winston.com
pkocoras@winston.com
kcloutier@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois
(312) 558-5600 (telephone)
(312) 558-5700 (facsimile)
Firm ID No. 9087

## **CERTIFICATE OF SERVICE**

      The undersigned attorney states that on the 5th day of May, 2010, he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which may be accessed by counsel for Plaintiff/Counterclaim Defendant Joel Saban.

Nicholas Anaclerio
Brian V. Alcala
Kamau A. Coar
Jill C. Taylor
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
Fax: (312) 977-4405

By: \_\_/s/ Peter J. Kocoras_____
One of Defendants/Counterclaim Plaintiffs' Attorneys